**FILED**
August 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **CRISTIAN NAPOLEON VAZQUEZ PAZ,** | § | |
| **Petitioner,** | § | |
| | § | **NO. SA-26-CV-5061-OLG** |
| **v.** | § | |
| | § | |
| **MIGUEL VERGARA** ***et al.*****,** | § | |
| **Respondents.** | § | |

**DISMISSAL ORDER**

Before the Court is the Petition for Writ of Habeas Corpus (Dkt. No. 1) filed pursuant to 28 U.S.C. § 2241 by Petitioner Cristian Napoleon Vazquez Paz, which challenge his pre-removal-order custody. Since initiating this action, Petitioner was ordered removed from the United States. *See* Dkt. No. 4-3 at 5. He waived any right to appeal that decision. *Id.* at 6. His order of removal is therefore administratively final. *See* 8 C.F.R. § 1241.1(b) (providing that an order of removal becomes final upon the "waiver of appeal by the respondent").

Once an order of removal becomes administratively final, the Government has 90 days to physically remove the alien from the United States, during which time detention is mandatory. *See* 8 U.S.C. § 1231; *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021). Petitioner's detention is therefore statutorily-mandated under 8 U.S.C. § 1231(a) until November 9, 2026—90 days from the date that his order of removal became administratively final.

Accordingly, the instant challenge to Petitioner's pre-removal-order custody is moot, and his Petition (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED.**

**IT IS SO ORDERED.**

**SIGNED** on August 24, 2026.

ORLANDO L. GARCIA
United States District Judge